ROB BONTA
Attorney General of California
HARINDER K. KAPUR
Senior Assistant Attorney General
JOSHUA B. EISENBERG
Supervising Deputy Attorney General
GREGORY M. CRIBBS
Deputy Attorney General
State Bar No. 175642
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6259
 E-mail:  Gregory.Cribbs@doj.ca.gov
*Attorneys for Defendants*
*Rob Bonta, Attorney General of California*
*and Nicole Elliott, Director of the*
*Department of Cannabis Control*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CTRL ALT DESTROY, INC,** <br> **California corporation,** <br><br> Plaintiff, <br><br> v. <br><br> **NICOLE ELLIOTT In Her Official** <br> **Capacity As Director Of The State Of** <br> **California's Department Of Cannabis** <br> **Control; ROB BONTA In His Official** <br> **Capacity As Attorney General Of The** <br> **State of California; and DOES 1-10,** <br> **Inclusive,** <br><br> Defendants. | 3:24-cv-00753-LL-JLB <br><br> **NOTICE OF APPEARANCE** <br><br> Courtroom:  5D <br> Judge:      Hon. Linda Lopez <br> Trial Date:  Not set <br><br> Action Filed:  April 26, 2024 |

1

**TO THE COURT AND PLAINTIFF CTRL ALT DESTROY, INC.:**

**PLEASE TAKE NOTICE** that the California Attorney General, counsel for Defendants Rob Bonta, in his Official Capacity as Attorney General of California (hereinafter, "Attorney General") and Nicole Elliott, in her Official Capacity as Director of the Department of Cannabis Control (hereinafter, "Director") (hereinafter collectively, "Defendants"), files this Notice of Appearance to inform Plaintiff and the Court of assigned primary counsel for Defendants in this proceeding.

Defendants notify the Court and Plaintiff that the attorney with principal charge of the case is as follows:

Gregory M. Cribbs, Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6259
E-mail: Gregory.Cribbs@doj.ca.gov


Dated: June 24, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
HARINDER K. KAPUR
Senior Assistant Attorney General
JOSHUA B. EISENBERG
Supervising Deputy Attorney General


GREGORY M. CRIBBS
Deputy Attorney General
*Attorneys for Defendants*
*Rob Bonta, Attorney General of California and Nicole Elliott, Director of the Department of Cannabis Control*

SD2024801626
66882826.docx

2

# CERTIFICATE OF SERVICE

Case Name: **Ctrl Alt Destroy v. Nicole**      No.    3:24-cv-00753-LL-JLB
           **Elliott, et al.**

I hereby certify that on June 24, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 24, 2024, at Los Angeles, California.

| Cecilia Apodaca | /s/ Cecilia Apodaca |
|---|---|
| Declarant | Signature |

SD2024801626
66882976.docx