# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ctrl Alt Destroy, Inc., California corporation <br><br> **Plaintiff,** <br><br> V. <br><br> Nicole Elliott et. al. <br><br> **Defendant.** | Case No.   24cv0753-LL-JLB <br><br> **NOTICE OF RELATED CASE** |

### REPORT OF CLERK PURSUANT TO RELATED CASE

Re:   "Low-Numbered" Case No.:   23cv1924-TWR-AHG

Title:   Urban Therapies Manufacturing, LLC v. Elliot et al

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g.  Any other party may file a Reply within 7 days of such Objection.
The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due.  If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

Dated:   12/2/24

**John Morrill**, Clerk of Court,
By:   s/ B. Chandler
B. Chandler, Deputy