

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ctrl Alt Destroy, Inc., California corporation

Plaintiff,

V.

See attached

Defendant.

Civil Action No.   24cv0753-TWR-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' Motion to Dismiss. The Court dismisses with prejudice the Complaint in its entirety.

Date:   3/12/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 24cv0753-TWR-AHG

Nicole Elliott, In Her Official Capacity As Director Of The State Of Californias Department Of Cannabis Control; Rob Bonta, n His Official Capacity As Attorney General Of The State Of California; Does 1-10, Inclusive,
    Defendants

International Brotherhood of Teamsters,
    Intervenor Defendant